NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SALVATORE F. STALLONE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7036

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3988, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Upon review of this recently docketed appeal, it appears that Salvatore F. Stallone's appeal was not timely filed.

On October 7, 2011, the United States Court of Appeals for Veterans Claims entered judgment in Stallone's case. According to the court's docket sheet, that court

received Stallone's notice of appeal on December 8, 2011, 62 days after the date of judgment.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment. *See* 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1)    Stallone is directed to show cause, within 30 days of the date of filing of this order why this appeal should not be dismissed as untimely. The Secretary of Veterans Affairs may also respond within that time.

(2)    The briefing schedule is stayed.

FOR THE COURT

JAN 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK

cc:  Peter J. Meadows, Esq.
     Jeanne E. Davidson, Esq.

s24